

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMES WILLIAMS, JR.,<br><br>Defendant. | Case No.: 18-mj-588<br><br>**ORDER**<br><br>(Under Seal) |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this __20th__ day of June, 2018.

_____
Honorable Carl W. Hoffman
United States Magistrate Judge

3

DAYLE ELIESON
United States Attorney
District of Nevada
CHAD W. MCHENRY
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
Chad.W.McHenry@usdoj.gov

*Representing the United States of America*

FILED
2018 JUN 20 PM 12: 11
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAMES WILLIAMS, JR.,<br><br>Defendant. | Case No.  18-mj-588<br><br>**MOTION TO SEAL**<br><br>**(Under Seal)** |

COMES NOW the United States of America, by and through Dayle Elieson, United States Attorney, and Chad W. McHenry, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter. The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

///

///

///

///

///

1

The Government submits that disclosure of the information might possibly jeopardize the investigation. The existence of this investigation is unknown to the subject of the complaint, and alerting him to the existence of that investigation and to the possibility of an impending arrest may create safety issues for law enforcement agents and for other individuals. Therefore, the Government submits that its right to secrecy far outweighs the public's right to know.

DATED: June 20, 2018

Respectfully submitted,

DAYLE ELIESON
United States Attorney

CHAD W. MCHENRY
Assistant United States Attorney