# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES WILLIAMS, JR.,

    Defendant.

Case No. 2:18-cr-00221-MMD-DJA

ORDER

Following the motion filed by the government to advance Mr. Williams's arraignment and plea (A&P) on the superseding indictment (ECF No. 85), and with good cause showing, the defendant's A&P is advanced from November 19, 2019 at 3:00 p.m., to November 18, 2019 at 3:00 p.m. in Courtroom 3D.

_____
United States Magistrate Judge