# EXHIBIT 4

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER

Phone:(800) 788-7133 Fax:(800) 578-7223

Print Date: January 16, 2018

## FIREARMS TRACE SUMMARY

**Trace Number:** T20170031601 **Request Date:** January 30, 2017 **Completion Date:** February 01, 2017

J OLIVER
SANTA BARBARA POLICE DEPT.
P.O. BOX 539
SANTA BARBARA, CA 93102
PHONE: (805) 897-2300 Ext:
FAX (805) 897-2434

Badge No:
Investigation No: 174664

### FIREARM INFORMATION

**Manufacturer:** GLOCK INC.
**Model:** 42
**Caliber:** 380
**Serial Number:** ACKR535
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:** OD GRN GRIPS
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION

**Recovery Date:** 01/24/2017
**Time to Crime:** 8 days

SANTA BARBARA, CA
**Possessor:** A[redacted] M[redacted]
**DOB:** [redacted]
**POB:**

### PURCHASER INFORMATION

**Purchase Date:** 01/16/2017

JAMES WILLIAMS JR
6389 BRIANNA PEAK CT
LAS VEGAS, NV 89142
**DOB:** 06/07/1990
**POB:** LOS ANGELES, CA UNITED STATES
**Race:** BLACK **Height:** ft in
**Sex:** Male **Weight:** lbs
**ID 1:** NV DRIVER'S LICENSE: 2170502775
**ID 2:** :

Contact the local ATF office for additional information.

### DEALER INFORMATION

**FFL:** 98833367

BARGAIN PAWN INC
1901-A LAS VEGAS BLVD N
NORTH LAS VEGAS, NV 89030-0000
**Phone:** (702) 399-9950 Ext: **Ship-To-Date:**

### ADMINISTRATIVE INFORMATION

F/A REPORTED STOLEN: N
CA-DOJ

SHOT HIMSELF W/ FIREARM

Unclassified Controlled Information

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

| | |
|---|---|
| | **SANTA BARBARA** ◯**)**<br>**GENERAL OFFENSE HARDCOPY**<br>**REPORT** |
| | **GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT** **SBMC-27 9.34.020 MC DISCHARGE FIREARMS** |

**This is a SANTA BARBARA POLICE DEPARTMENT confidential document. Release of any information contained within this document without the consent of the issuing agency is unlawful dissemination, and will be considered a criminal act punishable by law. POLICE PERSONNEL HAVE THE RIGHT TO REFUSE ACCESS TO RECORDS IF THE REQUESTOR DOES NOT SATISFACTORILY ESTABLISH THEIR IDENTITY AND/OR THE RIGHT TO ACCESS SUCH RECORDS (6254 (f) G.C.).**

| | |
|---|---|
| | **SANTA BARBARA**<br>**GENERAL OFFENSE HARDCOPY**<br>**REPORT** |
| | **GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT** **SBMC-27 9.34.020 MC DISCHARGE FIREARMS** |

## General Offense Information

Operational status: **CLOSED-REF TO DA-COMPLAINT/WARRANT**
Reported on: **Jan-24-2017 (Tue.) 39**
Occurred on: **Jan-24-2017 (Tue.) 39**
Approved on: **Jan-24-2017 (Tue.)** by: **4150 - HARWOOD RILEY**
Report submitted by: **23889 - DICKEY JEFFREY**
Org unit: **PATROL GENERAL**
Address: **320 W PUEBLO ST**
Municipality: **SANTA BARBARA**
District: **5** Beat: **5** Grid: **36**
Felony/Misdemeanor: **MISDEMEANOR**
Bias: **NONE (NO BIAS)**
Special study: **NOT APPLICABLE**
Family violence: **NO**

## Offenses (Completed/Attempted)

Offense: # **1 SBMC-27 9.34.020 MC DISCHARGE FIREARMS - COMPLETED**
Location: **RESIDENCE/HOME**
Offender suspected of using: **NOT APPLICABLE**

| | SANTA BARBARA PD<br>GENERAL OFFENSE HARDCOPY<br>REPORT<br>GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT SBMC-27 9.34.020 MC DISCHARGE FIREARMS |
|---|---|

## Related Person

1. **RP # 1 - H[redacted] B[redacted]**

**(Case Specific Information)**

Sex: **MALE**
Race: **OTHER/UNKNOWN**
Municipality: **SANTA BARBARA , California**

**Phone Numbers**

HOME: [redacted]

**Particulars**

Ethnicity: **OTHER/UNKNOWN**

**Linkage factors**

Resident status : **RESIDENT OF SANTA BARBARA**
Age range : **UNKNOWN**

| | SANTA BARBARA<br>GENERAL OFFENSE HARDCOPY<br>REPORT |
|---|---|
| | GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT SBMC-27 9.34.020 MC DISCHARGE FIREARMS |

## Related Person

### 2. INVOLVED # 1 - B[redacted], S[redacted]

**(Case Specific Information)**

Sex: **MALE**
Race: **BLACK**
Date of birth: [redacted]
Address: [redacted]
Municipality: **SANTA BARBARA , New Mexico**

**Phone Numbers**

HOME: [redacted]

**Particulars**

Driver's license: [redacted] **New Mexico**
Ethnicity: **BLACK**
Height: **6'00** Weight: **185** lbs.
Eye color: **BROWN**
Hair color: **BROWN**

**Linkage factors**

Resident status : **RESIDENT OF SANTA BARBARA**
Age range : **18-21 YEARS**
Access to firearm : **NO**

## Related Person

### 3. INVOLVED # 2 - G[redacted], A[redacted] M[redacted]

**(Case Specific Information)**

Sex: **MALE**
Race: **HISPANIC/MEXICAN/LATINO**
Date of birth: [redacted]
Address: [redacted]
Municipality: **SANTA BARBARA , California 93105-**

**Phone Numbers**

HOME: [redacted]

**Particulars**

Driver's license: [redacted] **California**
Ethnicity: **HISPANIC/MEXICAN/LATINO**
Height: **5'10** Weight: **170** lbs.
Eye color: **BROWN**
Hair color: **BROWN**

**Linkage factors**

Resident status : **RESIDENT OF SANTA BARBARA**
Age range : **18-21 YEARS**
Access to firearm : **NO**

| | |
|---|---|
| | **SANTA BARBARA**<br>**GENERAL OFFENSE HARDCOPY**<br>**REPORT** |
| | **GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT**     **SBMC-27 9.34.020 MC DISCHARGE FIREARMS** |

## Related Person

**4. INVOLVED # 3 - A[redacted], M[redacted]**

**(Case Specific Information)**

Sex: **MALE**
Race: **BLACK**
Date of birth: [redacted]
Address: [redacted]
Municipality: **SANTA BARBARA , California**

**Phone Numbers**

HOME: ([redacted]

**Particulars**

Ethnicity: **BLACK**

**Linkage factors**

Resident status : **RESIDENT OF SANTA BARBARA**
Age range : **22-29 YEARS**
Access to firearm : **NO**

# Related Person

**5. DA REJECTIO # 1 - M[redacted], N[redacted] A[redacted]**

**(Case Specific Information)**

Sex: **MALE**
Race: **BLACK**
Date of birth: [redacted]
Address: [redacted]
Municipality: **SANTA BARBARA , California**

**Phone Numbers**

HOME: [redacted]

**Particulars**

Occupation: **STUDENT**
Employer: [redacted]
Driver's license: [redacted] **California**
Ethnicity: **BLACK**
Height: **5'9** Weight: **170** lbs.
Eye color: **BROWN**
Hair color: **BLACK**

**Linkage factors**

Resident status : **RESIDENT OF SANTA BARBARA**
Age range : **18-21 YEARS**
Access to firearm : **NO**

# SANTA BARBARA
## GENERAL OFFENSE HARDCOPY
### REPORT

**GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT** | **SBMC-27 9.34.020 MC DISCHARGE FIREARMS**

**Related Person Synopsis**

| Role and Name | Gender | DOB |
|---|---|---|
| **RP # 1 - H[redacted], [redacted]** | **M** | **-** |
| **INVOLVED # 1 - B[redacted], S[redacted]** | **M** | **[redacted]-1996** |
| **INVOLVED # 2 - G[redacted], A[redacted] M[redacted]** | **M** | **[redacted]1995** |
| **INVOLVED # 3 - A[redacted], M[redacted]** | **M** | **[redacted]1994** |
| **DA REJECTIO # 1 - M[redacted] N[redacted] A[redacted]** | **M** | **[redacted]-1997** |

| | |
|---|---|
| | **SANTA BARBARA [illegible]**<br>**GENERAL OFFENSE HARDCOPY**<br>**REPORT** |
| | **GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT** **SBMC-27 9.34.020 MC DISCHARGE FIREARMS** |

**Related Text Synopsis**

| Text Type | Subject | Date/Time | Author |
|---|---|---|---|
| **GENERAL OFFENSE** | **M[redacted], A[redacted]** | **Jan-24-2017 (Tue.) 626** | **DICKEY JEFFREY** |
| --- Related Follow Up Text --- | | | |
| **GENERAL OFFENSE** | | **Jan-24-2017 (Tue.)** | **CROOKS KYLE** |

## Related Text Page(s)

Document: **GENERAL OFFENSE**
Author: **6031 - CROOKS KYLE**
Related date/time: **Jan-24-2017 (Tue.)**

---

Synopsis: CSI supplemental report for gunshot wound to a subject's hand; reported as self-inflicted but accidental; DNA and evidence collected and booked, including firearm; documentation for Officer Dickey's primary report.

On Tuesday, 1/24/17, at approximately 0040 hours, while working uniformed patrol, I was dispatched to the Santa Barbara Cottage Hospital Emergency Room, located at 320 West Pueblo Street, to assist in investigating a call of suspicious circumstances. Staff from the ER called to report a subject, later identified as N[redacted] M[redacted] (19 years old), with a gunshot wound to his hand.

Once on scene, Officer Dickey and I talked with M[redacted], who was in room #4. He agreed to talk with us both. There was another male with him, identified as "J[redacted]" A[redacted]. M[redacted] stated that he had accidentally shot himself one time in the left hand. The bullet passed through from palm to the top of his left hand, causing a fractured metacarpal bone (pinky finger side). I looked through M[redacted]'s clothing, and he had a camouflage North Face jacket. There was a small hole torn through end of the left sleeve, which appeared to come from a small-caliber bullet. Cottage staff unwrapped his hand, and I took several photographs of the injury site. I also collected the following evidence:

Santa Barbara Cottage Hospital - Emergency Room (#4):
- DNA swab from M[redacted]'s bloody left hand
- DNA buccal swab from the inside of Moore's cheek
- Gun Shot Residue kit (M[redacted]'s right and left hands, top and bottom)
- DNA swab from M[redacted] bloody right shoe
- DNA swab from M[redacted] bloody left shoe
- Photographs of M[redacted] and his injury

Cottage staff stated that they needed to take M[redacted] into surgery to repair his injury. Sergeant Johnson, along with Officers Dickey, Herrick, and I then attempted to locate M[redacted] apartment in an effort to find the stray round and involved firearm. M[redacted] was cooperative throughout our initial investigation, and provided this information and DNA collection voluntarily.

Once officers arrived at M[redacted] apartment complex ([redacted]), we knocked on several doors in an attempt to find out where he lived. Officer Dickey and I noticed several drops of blood on the porch to apartment [redacted].

After knocking on the door, two males opened the door. They stated that they lived there, and that M[redacted] was their roommate. Please see Officer Dickey's report for further details.

While we talked with the two roommates, we discovered that the firearm was still inside the residence. One of the roommates, A[redacted] G[redacted], showed Officer Dickey and I where the firearm was. He stated that the room belonged to him and M[redacted]. G[redacted] walked to the closet, and reached into a hanging clothes organizer. He grabbed a folded up pair of white and black basketball shorts, and handed it to Officer Dickey. The firearm, a Glock 42 (.380 semi-automatic pistol/serial #ACKR535), was wrapped in the shorts. It had a black metal slide, and OD Green polymer receiver.

G[redacted] also pointed out two other shirts, a white Fresno State t-shirt and a blue Polo Ralph Lauren shirt. These were wrapped around a spent .380 round (presumed to be the bullet that went through M[redacted] hand), an empty .380 casing, a Glock .380 magazine with 4 rounds of .380 ammunition, and a box of .38 special ammunition (48 rounds), along with a single round of .380 ammunition.

I asked G[redacted] were he collected the spent .380 round, and he walked me into the kitchen. He pointed to an area on the ground where I saw fresh particleboard shavings. These appeared to match the particleboard from the cabinet door just above the shavings. There was a hole in the door roughly the size of a .380 round (see photograph for detail). I collected the following items as evidence while at [redacted]

- Glock 42 (.380 semi-automatic pistol) [stuffed in M[redacted] bedroom closet]
- Glock 42 magazine (loaded with 4 rounds of .380 at the time it was seized) [stuffed in M[redacted] bedroom closet]
- 4 rounds of .380 ammunition removed from magazine [stuffed in M[redacted] bedroom closet]
- One shell casing (.380) [stuffed in M[redacted] bedroom closet]
- One spent .380 round (passed through M[redacted] hand) [stuffed in M[redacted] bedroom closet]
- 48 rounds of .38 special ammunition in box [stuffed in M[redacted] bedroom closet]
- 1 .380 round in the box of .38 ammo [stuffed in M[redacted] bedroom closet]
- White Fresno State t-shirt (magazine and spent round were wrapped in this) [stuffed in M[redacted] bedroom closet]
- Blue Polo Ralph Lauren shirt (.38 special ammo was wrapped in this) [stuffed in M[redacted] bedroom closet]
- DNA swab from blood on metal door jamb to M[redacted] apartment

- DNA swab from blood on porch to M[redacted] apartment
- Photographs and video of the apartment

It should be noted that all DNA swabs were collected using sterilized, sealed water provided by the SBPD.

All evidence was booked into property at the Santa Barbara Police Department.

Please see Officer Dickey's report for further details.

| | |
|---|---|
| | **SANTA BARBARA**<br>**GENERAL OFFENSE HARDCOPY**<br>**REPORT**<br>**GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT** **SBMC-27 9.34.020 MC DISCHARGE FIREARMS** |

## Related Text Page(s)

Document: **GENERAL OFFENSE**
Author: **23889 - DICKEY JEFFREY**
Subject: **MOORE, ALEXANDER**
Related date/time: **Jan-24-2017 (Tue.) 626**

SYNOPSIS:

N[redacted] M[redacted] accidently discharged his Glock 42 (.380 cal.) into the palm of his left hand. The firearm was seized and booked into the Santa Barbara Police Department Property Room.

OFFICERS INVOLVED:

Officer M. HERRICK, #22857, assisted in this investigation.

CSI Officer CROOKS, #6031, assisted in this investigation by processing the scene for evidence and taking photographs of M[redacted] injury. He completed a supplemental report.

Sergeant T. JOHNSON, #4889, assisted in this investigation.

PHYSICAL EVIDENCE:

Item #1: A Glock 42 .380 caliber, Ser. #ACKR535

CHAIN OF EVIDENCE:

A[redacted] G[redacted] removed item #1 from a shelf in his and M[redacted] bedroom closet. I seized item #1 and provided it to CSI Officer CROOKS who maintained possession of it until he booked it into the Santa Barbara Police Department.

DETAILS:

On 1/24/2017 at approximately 0039 hours, I was dispatched to the Cottage Hospital Emergency Room in Santa Barbara, regarding a victim of a gunshot wound to the hand. When I arrived, I was directed to room #4, N[redacted] M[redacted] room.

When I entered the room, I observed a subject laying in the hospital bed and another male subject sitting in a chair. I asked the subject if his name was N[redacted] M[redacted]. He said it was. I noticed M[redacted] left hand was wrapped with a bandage and what appeared to be blood soaking through it. The bandaged was removed, revealing a through-and-through gunshot wound to

the palm of his hand. I asked M[redacted] to tell me what happened.

M[redacted] said he was at a friend's apartment on Oceano Avenue when a male subject, who he stated he did not know, presented a firearm. M[redacted] asked the subject if he could see the firearm. M[redacted] said the subject then handed him the firearm. M[redacted] said while manipulating the firearm, he accidently discharged it into the palm of his left hand. M[redacted] stated he believed the firearm was unloaded because the magazine was not inserted in the magazine well. When asked to describe the firearm, M[redacted] stated it was a black, semi-automatic .380 caliber. He stated he did not know what brand it was.

I asked M[redacted] what he did with the firearm after the incident. He told me he dropped it on the floor and then left the apartment to go to the hospital. I asked M[redacted] who was now in possession of the firearm. He stated he did not know. I asked M[redacted] if he was involved in any arguments or altercations prior to the incident. He was adamant he was not.

M[redacted] would not provide me with any information regarding the subjects who were present during the incident or their current whereabouts.

I asked M[redacted] if he resides at the apartment where the incident occurred. He told me he did not. M[redacted] told me he resides at [redacted] M[redacted] stated the incident occurred at [redacted] in the doorway of apartment he did not know the number to.

I then spoke to the subject who was sitting in the room with M[redacted]. The subject identified himself as M[redacted] A[redacted]. I asked A[redacted] if he was present during the incident. He told me he was not and that he was in the apartment above where the incident occurred. I asked A[redacted] how he became aware of the incident. He stated M[redacted] contacted him and asked him to accompany him to the hospital. A[redacted] stated he did not have any further information about the incident.

CSI Officer CROOKS responded to Cottage Hospital and processed M[redacted] for evidence and took photographs of his injury. Refer to his CSI report for more information.

Officers then went to the 200 block of Oceano Avenue in an attempt to locate the incident location. Upon checking the area, I conducted a records check of M[redacted] A records check through the DMV revealed M[redacted] had a current address of [redacted]. This is the same apartment complex where M[redacted] stated the incident occurred. I also conducted a firearms registration check of M[redacted] through dispatch. They advised me he did not have any firearms registered to him.

**SANTA BARBARA**
**GENERAL OFFENSE HARDCOPY**
**REPORT**

**GO# 2017-4664 CLOSED-REF TO DA-COMPLAINT/WARRANT** | **SBMC-27 9.34.020 MC DISCHARGE FIREARMS**

Upon arriving to apartment #3, I noticed what appeared to be drops of blood on the doorstep and threshold of the front door. I then knocked on the door, which was opened by two subjects who stated they were M[redacted] roommates. The subjects were identified as S[redacted] B[redacted] and A[redacted] M[redacted].

Initially both subjects denied knowing what happened to M[redacted]. B[redacted] only initially admitted to hearing a loud bang and then coming out of his room to see M[redacted] slumped over and a firearm lying on the floor. When asked if he knew where the firearm was currently located, he stated he did not know.

After further questioning and investigation, both B[redacted] and G[redacted] admitted to being present when the incident occurred. They both stated they were initially afraid to tell the truth because they are both football players at [redacted] and they were afraid of how the incident would affect their eligibility to play.

B[redacted] then stated he was sitting on the couch when he heard the firearm discharge. B[redacted] said when he turned towards M[redacted], he observed the firearm on the ground and M[redacted] bleeding from his hand.

G[redacted] stated he was also sitting on the couch when the firearm was discharged. G[redacted] stated when he turned towards M[redacted], he noticed the firearm was on the floor. G[redacted] said he grabbed the firearm, wrapped it up in a pair of shorts and put it into the closet he and M[redacted] share in their bedroom.

I asked G[redacted] if he would show me where he placed the firearm. He told me he would and I followed him into the bedroom. M[redacted] then removed the firearm which was still wrapped in basketball shorts. I unwrapped the shorts, revealing an OD green Glock 42, .380 caliber. (Ser. #ACKR535). I then seized the firearm and gave it to Officer CROOKS to be booked into the Santa Barbara Property Room.

GARCIA also provided Officer CROOKS with the loaded magazine to the firearm, numerous rounds of 38 special ammunition and the spent round that was discharged into M[redacted] hand. For more information regarding the ammunition, firearm and evidence obtained at the scene, refer to Officer CROOKS' report.

I respectfully request this case be forwarded to the District Attorney's Office for review of Santa Barbara Municipal Code 9.34.020-discharge of a firearm in the city limits.

No further.